**SO ORDERED.**
**SIGNED this 14th day of January, 2020**

/s/ Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re | |
| | Case No. 3:17-bk-30140-SHB |
| MICHAEL GENE NIKIRK | Chapter 7 |
| dba INDEPENDANT TRANSPORT GROUP | |
| dba ITG EQUIPMENT SALES REPAIR | |
| KIMBERLY S. NIKIRK | |
| dba INDEPENDANT TRANSPORT GROUP | |
| dba ITG EQUIPMENT SALES REPAIR | |
| Debtors | |
| | |
| KAPITUS SERVICING, INC., formerly | |
| COLONIAL FUNDING NETWORK, INC., as | |
| servicing provider for CORE BUSINESS FINANCE | |
| Plaintiff | |
| v. | Adv. Proc. No. 3:19-ap-3033-SHB |
| MICHAEL GENE NIKIRK and | |
| KIMBERLY S. NIKIRK | |
| Defendants | |

# O R D E R

On January 13, 2020, Defendants filed a Motion to Strike the Plaintiff's Statement Regarding Mediation ("Motion to Strike") [Doc. 24], which was erroneously scheduled for hearing

for January 23, 2020, at 1:30 p.m. without approval from the Court and in violation of E.D. Tenn. LBR 7007-1 and a Motion to Shorten Time [Doc. 25], seeking to shorten the notice time for the erroneously scheduled hearing. Upon consideration of both documents, the Court directs the following:

   1. The Motion to Strike [Doc. 24] is DENIED and is, instead, deemed by the Court to be a response to Plaintiff's Statement Regarding Mediation filed on January 13, 2020 [Doc. 23].

   2. The hearing scheduled for January 23, 2020, at 1:30 p.m. is STRICKEN.

   3. The Motion to Shorten Time [Doc. 25] is DENIED as moot.

###